# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                          Crim. No.  5:02-CR-84-1H

KEYDRICK EARL PARKER

On May 8, 2008, the above named was placed on supervised release for a period of 60 months.  The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision.  It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                              Respectfully submitted,


 /s/Jeffrey L. Keller                                     /s/Dewayne L. Smith
Jeffrey L. Keller                                        Dewayne L. Smith
Supervising U.S. Probation Officer                       U.S. Probation Officer


## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this_____ day of _____ 2010.

Malcolm J. Howard
Senior U.S. District Judge